# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                 )<br>                          Plaintiff,          )<br>                                                                 )<br>            v.                                              )<br>                                                                 )<br>MARTIN GALVAN,                                )<br>                                                                 )<br>                          Defendant.     )<br>_____) | Criminal Case No. 07CR0784-IEG<br><br><br>ORDER OF DISMISSAL<br>OF INDICTMENT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Criminal Case No. 07CR0784-IEG be dismissed, without prejudice, against Defendant MARTIN GALVAN.

IT IS FURTHER ORDERED that bond be exonerated, if bond posted or defendant be released if in custody.

IT IS FURTHER ORDERED that the status conference scheduled for November 5, 2007, is vacated as to the Defendant.

**DATED: November 5, 2007**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**

Presented by:

KAREN P. HEWITT
United States Attorney


s/ Steve Miller
STEVE MILLER
Assistant U.S. Attorney